**\*E-FILED\***
**July 19, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA WOOD, et al., | No. C 04-04320 RS |
| Plaintiffs, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| HELPING HANDS SANCTUARY OF IDAHO, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **September 21, 2005**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 28, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: July 19, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Alison Brunner, Esq.
Email: alisonb@lawfoundation.org

D. Scott Chang, Esq.
Email:  scott_chang@sbcglobal.net

**Counsel for Defendant(s)**

Rhea Mariano, Esq.
Email: rmariano@lbbslaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated:  July 19, 2005

                     /s/ BAK
                     Chambers of Magistrate Judge Richard Seeborg