Kerstin Arusha, Bar # 182624
Annette Kirkham, Bar # 217958
**LFSV FAIR HOUISNG LAW PROJECT**
Alison Brunner, Bar # 180979
Whitney B. Huston, Bar # 234863
**LFSV AIDS LEGAL SERVICES**
111 W. St. John, Suite 315
San Jose, CA  95113
Telephone: (408) 280-2410
Fax: (408) 293-0106

*E-FILED 9/21/05*

Attorneys for Plaintiffs Barbara and Richard Wood

D. Scott Chang, Bar # 146403
**RELMAN & ASSOCIATES LLC**
1225 19th Street NW, Suite 600
Washington DC 20036
Telephone: (202) 728-1888
Facsimile: (202) 728-0848

Attorney for Plaintiff Project Sentinel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### (San Jose)

| | |
|---|---|
| BARBARA WOOD, et al., | Case No. C04-04320 RS |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL** AND ORDER THEREON |
| HELPING HANDS SANCTUARY OF IDAHO, INC. et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to this action through their designated counsel stipulate to the dismissal of the above-captioned action with prejudice.

1

| | |
|---|---|
| Dated:   September 21, 2005 | **AIDS LEGAL SERVICES** |
| | /s/ |
| | Whitney Huston |
| | Attorney for Plaintiffs Barbara and Richard Wood |
| | **RELMAN & ASSOCIATES** |
| | /s/ |
| | D. Scott Chang |
| | Attorney for Plaintiff Project Sentinel |
| | **LEWIS BRISBOIS BISGAARD & SMITH** |
| | /s/ |
| | Rhea Mariano |
| | Attorney for Defendants |

IT IS SO ORDERED.

Dated:  9/21/05

/s/ Richard Seeborg
_____
RICHARD SEEBORG
U.S. Magistrate Judge

2

Wood, et al. v. Helping Hands Sanctuary of Idaho, et al. – Case No. C04 04320
Stipulation of Dismissal